UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SATHURIN N. SESHIE-MENSAH,

    Plaintiff,

vs.                               CASE NO. 8:09-CIV-1378-T-17EAJ

COURTESY AUTO GROUP,

    Defendant.
_____/


### ORDER TO COMPLY

    This cause is before the Court sua sponte. The Court notes that the attorney of record for the plaintiff are not members of the Bar of this District.

    Rule 2.01(a), Rules of the District Court of the United States for the Middle District of Florida, states that no person shall be permitted to appear or be heard as counsel, before this Court, unless admitted to practice in the Court. Non-member counsel must, within ten (10) days of appearing, file a designation and consent-to-act on the part of some member of the bar of this Court, Rule 2.02(a)(1), Rules of the District Court of the United States for the Middle District of Florida. Accordingly, it is

    **ORDERED** that the plaintiff **shall have** up to and including September 4, 2009, to file notice of appearance of local counsel pursuant to Rule 2.02(a)(1). If plaintiff fails to conform to the rule the plaintiff shall be considered to be appearing before this Court pro se, until a notice of new counsel shall be filed. Additionally, the defendant's motion for extension of time to file a

CASE NO. 8:05-CIV-678-T-17

Case Management Report (Docket No. 6) is **granted** and the Case Management Report shall become due fifteen days after the notice of appearance of local counsel or after September 4, 2009, which every comes first.

    **DONE and ORDERED** in Chambers, in Tampa, Florida this 25th day of August, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record